UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re.

EDGAR LEE WARREN,

        Plaintiff.
_____/

No. C 08-2382 MHP (pr)
No. C 08-3077 MHP (pr)
No. C 08-3078 MHP (pr)
No. C 08-3207 MHP (pr)
No. C 08-3281 MHP (pr)

**ORDER OF TRANSFER**

      Edgar Lee Warren filed these five pro se civil rights actions under 42 U.S.C. § 1983, complaining of acts and omissions at the Butte County Jail in Oroville, California.  Oroville is in Butte County, and that county is within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Defendants are employees at the jail, the municipality in which the jail is located, and Governor Schwarzenegger; all apparently reside in the Eastern District of California.  Venue therefore properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), these four actions are TRANSFERRED to the United States District Court for the Eastern District of California.  The clerk shall transfer these matters forthwith.

      IT IS SO ORDERED.

DATED: September 26, 2008

                                    Marilyn Hall Patel
                                    United States District Judge