IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

        Plaintiff,                No. CIV S-08-2313 KJM P

    vs.

THORNTON,

        Defendant.          ORDER

_____/

        Plaintiff, a Butte County Jail prisoner, has filed an incomplete application to proceed in forma pauperis. No other documents have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file a completed application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1 Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned
2 this case and plaintiff must file an original and two copies of the complaint.
3            2. Plaintiff shall also submit, within thirty days from the date of this order, an
4 application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing
5 fee in the amount of $350.00.
6            3. Plaintiff's failure to comply with this order will result in a recommendation
7 that this matter be dismissed.
8            4. The Clerk of the Court is directed to send plaintiff the court's form for filing a
9 civil rights action, and the application to proceed in forma pauperis by a prisoner.
10 DATED: October 20, 2008.

_____
U.S. MAGISTRATE JUDGE

1/ke
warr2313.nocompl

2