IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

      Plaintiff,                      No. CIV S-08-2313 KJM P

    vs.

THORNTON,

      Defendant.               ORDER

_____/

        Plaintiff has requested an extension of time to file a complaint and application to proceed in forma pauperis pursuant to the court's order of October 20, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's Motion for an extension of time(docket no. 11 and 12) is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file a complaint and application to proceed in forma pauperis.

DATED:  November 5, 2008.

_____
U.S. MAGISTRATE JUDGE

/md
warr2313.36